FILED

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

99 MAR 24 AM 9: 45
U.S. DISTRICT COURT
N.D. OF ALABAMA

ROBERT L. McCRAY, SR.,          )
                                )
        Plaintiff,              )
                                )
vs.                             )   CV 98-AR-2379-S
                                )
ROMA ROBINSON, WARDEN           )
MITCHELL, W. D. EVANS, BETTY    )
TEAGUE, and MR. M. CAVANAUGH,   )
                                )
        Defendants.             )

ENTERED
MAR 24 1999

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on March 4, 1999, recommending that the defendants' motion for summary judgment be granted and this cause be dismissed with prejudice. Plaintiff filed objections on March 16, 1999.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections filed by the plaintiff, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and his recommendation is ACCEPTED. The Court EXPRESSLY FINDS that there are no genuine issues of material fact and that the defendants are entitled to judgment as a matter of law. Accordingly, defendants' motion for summary judgment is due to be GRANTED and this action is due to be DISMISSED WITH PREJUDICE. A Final Judgment will be entered.

DONE this the 23rd day of March, 1999.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE

